1  D. Greg Durbin, # 81749           (SPACE BELOW FOR FILING STAMP ONLY)
   Adam D. Wahlquist, #250456
2  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:   (559) 433-1300
5  Facsimile:   (559) 433-2300
   e-mail: greg.durbin@mccormickbarstow.com
6
   Attorneys for Defendants and Counterclaimants, MID-
7  WEST WHOLESALE HOLDINGS, INC. and MID-
   WEST WHOLESALE HARDWARE CO.
8

9                 UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12  FREDERICK J. CHUBBUCK           Case No.  1:09-CV-01758-OWW-DLB

13         Plaintiff,                   **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

14  v.

15  MID-WEST WHOLESALE HOLDINGS,
    INC.; MID-WEST WHOLESALE
16  HARDWARE CO.,

17         Defendant.

18  _____

19  AND RELATED CROSS-ACTION

20

21

22       Plaintiff and Cross-Defendant FREDERICK J. CHUBBUCK and Defendants and

23  Counterclaimants, MID-WEST WHOLESALE HOLDINGS, INC. and MID-WEST

24  WHOLESALE HARDWARE CO., through their respective counsel of record herein, hereby

25  stipulate pursuant to Rule 41(a)(1)(B) and (c), that the within action in its entirety, including the

26  complaint and counterclaims herein, be and hereby are dismissed with prejudice.

27

28
   1526681.v1

ORDER RE:  STIPULATION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated: March 22, 2010 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ D. Greg Durbin |
| | | D. Greg Durbin |
| 5 | | Adam D. Wahlquist |
| | | Attorneys for Defendants and Counter-Claimants, MID-WEST WHOLESALE HOLDINGS, INC. and MID-WEST WHOLESALE HARDWARE CO. |
| 6 | | |
| 7 | | |
| 8 | | |
| | Dated: March 22, 2010 | WILLIAMS, JORDAN BRODERSEN & PRITCHETT LLP |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | By: /s/ Steven R. Williams |
| | | Steven R. Williams |
| 13 | | Attorneys for Plaintiff and Counter-Defendant FREDERICK J. CHUBBUCK |

17  IT IS SO ORDERED.

18  Dated: **March 22, 2010**                **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

1526681.v1

2

ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE